United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EVERETT DICKINSON,

    Plaintiff,

    v.

HBJ PARTNERSHIP, et al.,

    Defendants.

    _____/

Case No. 1:12-CV-06273 NJV

ORDER TO CLOSE CASE

On January 22, 2013, Plaintiff filed a notice of voluntary dismissal of this case pursuant to FRCP 41. (Docket no. 6.) The Court finds that the dismissal is proper pursuant to FRCP 41(a)(1)(A)(I). Accordingly, the Clerk is directed to close this case.

IT IS SO ORDERED.

DATED: January 24, 2013

                                          Nandor J. Vadas
                                          United States Magistrate Judge