United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EVERETT DICKINSON, | Case No. 1:12-CV-06273 NJV |
| Plaintiff, | ORDER TO CLOSE CASE |
| v. | |
| HBJ PARTNERSHIP, et al., | |
| Defendants. | |

On January 22, 2013, Plaintiff filed a notice of voluntary dismissal of this case pursuant to FRCP 41. (Docket no. 6.) The Court finds that the dismissal is proper pursuant to FRCP 41(a)(1)(A)(I). Accordingly, the Clerk is directed to close this case.

IT IS SO ORDERED.

DATED:   January 24, 2013

Nandor J. Vadas
United States Magistrate Judge